296 U.S. 647
 56 S.Ct. 308
 80 L.Ed. 461
 SOUTHERN PACIFIC COMPANY, a corporation, petitioner,
v.
Leila Mae WALTON, Administratrix, etc.*
 No. 548.
 Supreme Court of the United States
 December 9, 1935
 
 Mr. Arthur B. Dunne, of San Francisco, Cal., for petitioner.
 
 
 1
 For opinion below, see 48 P.(2d) 108.
 
 
 2
 Petition for writ of certiorari to the District Court of Appeals, State of California, denied.
 
 
 
 *
 Rehearing denied 296 U. S. 665, 56 S. Ct. 380, 80 L. Ed. 474.